**Electronically Filed**
**Supreme Court**
**SCAP-24-0000461**
**14-JUL-2026**
**02:22 PM**
**Dkt. 46 OCOR**

SCAP-24-0000461

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Plaintiff-Appellee,

vs.

JOSHUA NAHULU; ERIK SMITH;
JAKE RYAN BARTOLOME; and ROBERT GUS LEWIS, III,
Defendants-Appellants.

_____

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPC-23-0000318)

ORDER OF CORRECTION
(By: McKenna, Acting C.J.)

IT IS ORDERED that the Opinion of the Court, filed on July 2, 2026, is corrected as follows:

On page 1, in the caption, defendant-appellant Jake Ryan Bartolome's surname spelled "BARTHOLOME" should be corrected to read "BARTOLOME";

On page 1, the byline should be corrected to add "ACTING C.J., " after "McKENNA,"

On page 1, the title "OPINION OF THE COURT BY McKENNA, J." should be corrected to read "OPINION OF THE COURT BY McKENNA, ACTING C.J.";

On page 1, line 2 of the first paragraph and on page 4, in the last line on the page, the word "Makaha" should be corrected to read "Mākaha";

On page 4, lines 2 and 4 of the paragraph after the heading "A. Factual Background," the word "Maili" should be corrected to read "Māʻili."

DATED:  Honolulu, Hawaiʻi, July 14, 2026.

/s/ Sabrina S. McKenna

Acting Chief Justice

